DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**GENE MORALES,**
Appellant,

v.

**BEACH HOMES II CONDOMINIUM ASSOCIATION, INC.,**
Appellee.

No. 4D2023-1681

[April 11, 2024]

Appeal from the County Court for the Seventeenth Judicial Circuit, Broward County; Mardi Levey Cohen, Judge; L.T. Case No. COCE23-042034.

Theodore D'Apuzzo of The D'Apuzzo Law Firm, Fort Lauderdale, for appellant.

Pablo Arriola of AR Law Group PLLC, Miami, for appellee.

PER CURIAM.

*Affirmed.*

KLINGENSMITH, C.J., CIKLIN and FORST, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***